UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-2751-B |
| JOHN JENNINGS; JENNIFER HUFFMAN; and I.A., a Minor; | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On July 10, 2023, this Court granted Plaintiff Principal Life Insurance Company's Motion for Interlocutory Default Judgment against Defendant Jennifer Huffman (Doc. 23) and Motion for Interlocutory Default Judgment against Defendant John Jennings (Doc. 30). Doc. 36, Mem. Op. & Order. Accordingly, the Court **ENTERS** an **ORDER OF DEFAULT JUDGMENT** against Defendants John Jennings and Jennifer Huffman. The Court finds Defendant I.A. is entitled to the interplead funds. The Clerk of this Court is **ORDERED** to retain the interplead funds of $10,00.00, plus any and all accrued interest, in the Court's registry in an interest-bearing account. I.A. may move to withdraw the funds from the Court's registry upon reaching maturity.

The Clerk is **DIRECTED** to close this case.

SO ORDERED.

SIGNED: July 10, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE